*E-filed 1/20/06*

E-Filing

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

C 05 5207

UNITED STATES OF AMERICA and
JACK QUERY, Revenue Officer,

        Petitioners,

v.

KARIS E. WUERTH,

        Respondent.

NO.

**ORDER TO SHOW CAUSE RE
ENFORCEMENT OF INTERNAL
REVENUE SERVICE SUMMONS**

JF

HRL

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on _December 16_____, 2005, it is hereby:

**ORDERED** that respondent Karis E. Wuerth appear before this Court on the 28 day of _ Feb._, 2006, at 10 a.m., in Courtroom No. _2__, _5th_ Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why she should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon them as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further

1    **ORDERED** that within twenty-one (21) days before the return date of this Order,

2    respondent may file and serve a written response to the petition, supported by appropriate

3    affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion he

4    desires to make, that the petitioner may file and serve a written reply to such response, if any,

5    within fourteen (14) days before the return date of this Order; that all motions and issues raised

6    by the pleadings will be considered on the return date of this Order, and only those issues raised

7    by motion or brought into controversy by the responsive pleadings and supported by affidavit(s)

8    or declaration(s) will be considered at the return of this Order, and any uncontested allegation in

9    the petition will be considered admitted.

10   **ORDERED** this __20__ day of __January, 2006_____, ~~2005~~, at San ~~Francisco~~, Jose

11   California.

12   Petitioner shall serve notice of this order on respondent.

15   ___/s/ Howard R. Lloyd___
     **UNITED STATES ~~DISTRICT JUDGE~~**
16   Magistrate

IT IS SO ORDERED

Judge Howard R. Lloyd

**ORD. TO SHOW CAUSE RE ENF.**
**OF IRS SUMMONS**