e-Filing



*E-filed 1/24/06*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and JACK QUERY, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>KARIS E. WUERTH,<br><br>Respondent. | C 05 5207 JF HRL<br><br>ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on __December 16__, 2005, it is hereby:

**ORDERED** that respondent Karis E. Wuerth appear before this Court on the _28_ day of _March_, 2006, at _10 a_.m., in Courtroom No. _2_, _5_ Floor, United States District Court, ~~450~~ 280 South First Street, San Jose ~~Golden Gate Avenue, San Francisco~~, California, and then and there show cause, if any, why she should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon them as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further

ORDERED that within twenty-one (21) days before the return date of this Order, respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion he desires to make, that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

ORDERED this __24__ day of __January, 2006__, ~~2005, at San Francisco,~~ at San Jose, California.

This court's prior order of January 20, 2006 is vacated.



/s/ Howard R. Lloyd
**UNITED STATES ~~DISTRICT~~ JUDGE**
Magistrate

**ORD. TO SHOW CAUSE RE ENF.
OF IRS SUMMONS**