**E-filed 2/28/06**

1  KEVIN V. RYAN **(California State Bar No. 118321)**
   United States Attorney
2  JAY R. WEILL **(California State Bar No. 75434)**
   Assistant United States Attorney
3  Chief, Tax Division
   DAVID L. DENIER **(California State Bar No. 95024)**
4  Assistant United States Attorney
     10th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, CA 94102
6    Telephone:  (415) 436-6888
     Fax:           (415) 436-6748
7
   Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and JACK QUERY, Revenue Officer,** | NO.  C-05-5207-JF-HRL |
| Petitioners, | **APPLICATION AND ORDER OF DISMISSAL** |
| v. | |
| **KARIS E. WUERTH,** | |
| Respondent. | |

Petitioners United States of America and Jack Query hereby advise the Court that they no longer seek enforcement of the Internal Revenue Service summons and request that this action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

                                        KEVIN V. RYAN
                                        United States Attorney


                                        /s/ David L. Denier
                                        DAVID L. DENIER
                                        Assistant United States Attorney
                                        Tax Division

1
**O R D E R**

2   Upon the request of the petitioners and pursuant to Rule 41(a) of the Federal Rules of
3   Civil Procedure, this action is hereby dismissed.
4   ORDERED this  28th  day of February, 2006 at San Jose, California.

5
6   ~~JEREMY FOGEL~~
    HOWARD R. LLOYD
7   United States ~~Magistrate~~ Judge
    District

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28